903 So.2d 467 (2005)
Pamela METOYER
v.
ROY O. MARTIN, INC.
No. 2005-C-1027.
Supreme Court of Louisiana.
June 3, 2005.
*468 In re Roy O. Martin Inc. et al.; Roy O. Martin Lumber Co. L.P.; Martco Limited Partnership; Roy O. Martin Lumber Co. Inc.; Martco Partnership;  Defendant(s); Applying for Writ of Certiorari and/or Review Office of Workers' Compensation District 2, No. 01-04930; to the Court of Appeal, Third Circuit, No. 03-1540.
Denied.
VICTORY, J., would grant the writ.